NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ENDO PHARMACEUTICALS INC.,**
*Plaintiff-Cross-Appellant,*

**v.**

**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,**
*Defendants-Appellants.*

———————————

2014-1324, -1365

———————————

Appeals from the United States District Court for the District of Delaware in No. 1:11-cv-00717-RMB-KW, Judge Renee Marie Bumb.

----------------------------------------------------------------------

**ENDO PHARMACEUTICALS INC.,**
*Plaintiff-Appellant,*

**v.**

**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,**
*Defendants-Appellees.*

———————————

2014-1422

————————————

Appeal from the United States District Court for the District of Delaware in No. 1:11-cv-00717-RMB-KW, Judge Renee Marie Bumb.

————————————

**ON MOTION**

————————————

Before NEWMAN, *Circuit Judge*.

**O R D E R**

Mylan Pharmaceuticals Inc. and Mylan Inc. (Mylan) move without opposition to reactivate and dismiss Appeal Nos. 2014-1324, -1365. Mylan also moves to dismiss certain portions of Endo Pharmaceuticals Inc.'s Appeal No. 2014-1422. Endo opposes dismissal of Appeal No. 2014-1422.

These appeals all stem from the same district court action. In Appeal No. 2014-1422, Endo appeals from the district court's grant of Mylan's Rule 60(b) motion, which vacated the judgment previously challenged in Appeal Nos. 2014-1324, -1365, as well as other orders. Mylan's motion seeks to limit Endo's appeal to the district court's Rule 60(b) decision.

No briefs have yet been filed in this appeal. We deem it the better course for Mylan to raise any issues concerning jurisdiction in its brief.

Accordingly,

IT IS ORDERED THAT:

(1) Mylan's motion to reactivate and dismiss Appeal Nos. 2014-1324, -1365 is granted.

ENDO PHARMACEUTICALS INC. v. MYLAN PHARMACEUTICALS   3

   (2) Each party shall bear its own costs in Appeal Nos. 2014-1324, -1365.

   (3) Mylan's motion to dismiss Appeal No. 2014-1422 is denied.

   (4) The opening brief in 2014-1422 shall be due no later than June 20, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

ISSUED AS A MANDATE (As To 14-1324, -1365 Only): May 30, 2014

s30